UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| LAURA BEST,<br><br>                              Plaintiff,<br><br>        -against-<br><br>PARKCHESTER PRESERVATION MANAGEMENT, LLC; PPC PROPERTY SERVICE; OLSHAN PROPERTIES,<br><br>                              Defendants. | 23 Civ. 2555 (LGS)<br><br>ORDER |

LORNA G. SCHOFIELD, United States District Judge:

WHEREAS, an initial conference was held on May 31, 2023. For the reasons discussed at the conference, it is hereby

**ORDERED** that by **June 14, 2023,** Defendants shall file a pre-motion letter regarding their contemplated motion to dismiss. The letter shall address whether the Complaint, if construed liberally to raise the strongest arguments it suggests, *see Saeli v. Chautauqua Cnty.*, 36 F.4th 445, 457 (2d Cir. 2022), states a viable claim under the Americans with Disabilities Act, 42 U.S.C. § 12101, *et seq.*

Dated: June 1, 2023
       New York, New York

LORNA G. SCHOFIELD
UNITED STATES DISTRICT JUDGE